# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2025

## NO. 03-23-00323-CV

**Summit Hotel Properties, Inc., Appellant**

**v.**

**American Guarantee and Liability Insurance Company, Continental Casualty Company, ACE American Insurance Company, Ategrity Specialty Insurance Company, Starr Surplus Lines Insurance Company, Landmark American Insurance Company, Lexington Insurance Company, Interstate Fire & Casualty Company, Certain Underwriters at Lloyd's (Consortium #9226), Independent Specialty Insurance Company, Certain Underwriters At Lloyd's, London Subscribing to Policy No. GEP3734, Arch Specialty Insurance Company, Everest Indemnity Insurance Company, HDI Global Insurance Company, Neon Underwriting Bermuda Limited, QBE Specialty Insurance Company, General Security Indemnity Company of Arizona, Starstone Specialty Insurance Company, and Princeton Excess & Surplus Lines Insurance Company, Appellees**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on April 27, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.